MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL CA. Bar No. 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov
    Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| BONNIE DUARTE, | Case No.: 2:19-cv-01019-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

     IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that the time for Defendant to file his Cross-Motion for Summary Judgment and Memorandum in Support of Defendant's Cross-Motion be extended thirty (30) days from December 25, 2019, the date Defendant's Cross-Motion for Summary Judgment is currently due based on Plaintiff's filing of his Motion for Summary Judgment on November 25, 2019, to January 24, 2020. This is Defendant's first request for an extension of time. Defendant respectfully requests this additional time because Defendant's counsel's father has become

Stip Ext. & Proposed Order - 2:19-cv-01019-AC  -1-

gravely ill and counsel needs additional time to attend to and care for his father. The parties further stipulate that Plaintiff shall have twenty (20) days from service of Defendant's opposition brief in which to file his reply brief.

Dated: December 20, 2019　　　/s/ *Jonathan O. Pena\**
　　　　　　　　　　　　　　　JONATHAN O. PENA,
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　(*as authorized via e-mail on December 20, 2019)

Dated: December 20, 2019,　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　By:　/s/　*Ben A. Porter*
　　　　　　　　　　　　　　　　　BEN A PORTER
　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　Attorneys for Defendant


　　　　　　　　　　　　　　　ORDER


APPROVED AND SO ORDERED:

Dated: December 23, 2019

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE