Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Bonnie Jean Duarte

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE JEAN DUARTE,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:19-cv-01019-AC<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; [PROPOSED] ORDER** |

  IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FIVE THOUSAND SEVEN HUNDRED SEVENTY-THREE DOLLARS and 18/100 ($5,773.18), under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

  After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability

1 to honor the assignment will depend on whether the fees are subject to any offset
2 allowed under the United States Department of the Treasury's Offset Program.  After
3 the order for EAJA fees is entered, the government will determine whether they are
4 subject to any offset.

5     Fees shall be made payable to Plaintiff, but if the Department of the Treasury
6 determines that Plaintiff does not owe a federal debt, then the government shall cause
7 the payment of fees, expenses and costs to be made directly to Counsel, pursuant to
8 the assignment executed by Plaintiff.  Any payments made shall be delivered to
9 Plaintiff's counsel, Jonathan O. Peña.

10     This stipulation constitutes a compromise settlement of Plaintiff's request for
11 EAJA attorney fees, and does not constitute an admission of liability on the part of
12 Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
13 constitute a complete release from, and bar to, any and all claims that Plaintiff and/or
14 Counsel including Counsel's firm may have relating to EAJA attorney fees in
15 connection with this action.

16     This award is without prejudice to the rights of Counsel and/or Counsel's firm
17 to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the
18 savings clause provisions of the EAJA.

19                                                       Respectfully submitted,

21 Dated: October 12, 2020           /s/ *Jonathan O. Peña*
22                                      JONATHAN O. PEÑA
23                                      Attorney for Plaintiff

24 Dated: November 16, 2020       McGREGOR W. SCOTT
25                                    United States Attorney
26                                    DEBORAH LEE STACHEL
27                                    Regional Chief Counsel, Region IX
28                                    Social Security Administration

|  |  |
|---|---|
| 1 | By: _*_ *Ellinor R. Coder* |
| 2 | Ellinor R. Coder |
|  | Special Assistant U.S. Attorney |
| 3 | Attorneys for Defendant |
|  | (*Permission to use electronic signature |
| 4 | obtained via email on November 16, 2020). |

-3-

**[PROPOSED] ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $5,773.18 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: November 17, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE